THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Danny Fowler, Appellant.
 
 
 

Appeal From Cherokee County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.  2007-UP-153
Submitted April 2, 2007 Filed April 4, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, Office of the Attorney General, of Columbia; and Solicitor, Harold W. Gowdy, III, for Respondent.  
 
 
 

PER CURIAM:  Danny Fowler appeals his conviction and sentence of three years for possession of cocaine.  Fowler argues the trial court erred in failing to direct a verdict of acquittal because there was no substantial circumstantial evidence Fowler owned the cocaine found underneath the backseat of the patrol car.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Fowlers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.